MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Boulevard
Suite 95
Las Vegas, NV  89102
(702) 870-8700
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DEBORAH JEAN COX-MOORE,            )
                                   )
        Plaintiff,                 )   CV-S-00-1246-PMP----
                                   )
vs.                                )
                                   )
FIRST U.S.A. BANK, NATIONAL        )
ASSOCIATION,                       )
a foreign corporation,             )
                                   )
        Defendant.                 )
                                   )   SIX PERSON JURY DEMANDED

## COMPLAINT

### JURISDICTION

1.  The jurisdiction of this Court attains pursuant to the FCRA, 15 U.S.C. Section 1681(p), and the doctrine of supplemental jurisdiction.  Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendant perpetrated therein.

### PRELIMINARY STATEMENT

2.  The Plaintiff brings this action for damages based upon Defendant's violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 *et seq.* (hereinafter referred to as "FCRA"), and of state law obligations brought as supplemental claims pursuant to N.R.S. 598C.160.1.

1

3. Plaintiff is a natural person and is a resident and citizen of the State of Nevada and of the United States. Plaintiff is a "consumer" as defined by § 1681a(c) of the FCRA.

4. Defendant First U.S.A. Bank, National Association (U.S.A.), is a furnisher of information as contemplated by FCRA § 1681s-2(a) & (b), who regularly and in the ordinary course of business furnishes information to one or more consumer reporting agencies about consumer transactions or experiences with any consumer.

## FACTUAL ALLEGATIONS

5. Plaintiff's creditworthiness has been repeatedly compromised by the acts, obduracy and general indifference of the Defendant.

6. The Defendant should never have reported derogatory information regarding Plaintiff's Bank One account.

7. Plaintiff's father, Thomas E. Dome (Dome), was the primary obligor on the Bank One VISA card, Account #4443-065-131-243, he shared with his daughter.

8. During approximately July 1995, after two heart attacks, Dome filed bankruptcy.

9. Dome and Plaintiff were informed by Bank One that it would not accept any payments on the VISA account until the bankruptcy was finalized by the Court.

10. Plaintiff contacted Bank One informing it that she had not filed bankruptcy and was willing to make the minimum payments under the credit card agreement.

. . .

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102

(702) 870-8700

11. Bank One echoed its refusal to accept payments during the pending bankruptcy, informing Plaintiff she would be given the opportunity to make payments subsequent to discharge.

12. Bank One's refusal to accept payments from Plaintiff ostensibly consistent with a stated rationale to prevent contact with involved parties in violation of the bankruptcy stay was sheer nonsense.

13. During early 1996, Plaintiff received a demand letter from Bank One for payment in full. Plaintiff was not given the option of either minimum or partial payments.

14. Plaintiff was unable to pay the entire amount. The account was assigned to collections and the Defendant reported the account to the national credit reporting agencies as a "Charge Off" with an unpaid balance and "R9" rating.

15. A "R9" rating bespeaks a "Charge Off" and/or "Bad Debt."

16. No derogatory ascription should ever have been reported by the Defendant. The Plaintiff was willing to make the minimum payments under the credit card agreement with Bank One but was prohibited from doing so.

17. Plaintiff was not given the option of anything but full payment once Dome's bankruptcy was finalized.

18. On July 8, 1999, Plaintiff wrote Bank One (Exhibit 1) informing it that the account was still being reported as a charge off with an unpaid balance despite full payment in August 1998. An enclosure to Exhibit 1 reflects a "R9" rating.

19. During the previous year, on August 24, 1998, the Defendant's assignee wrote Plaintiff informing her of the debts fully paid status (Exhibit 2).

3

20. During October 1999, Plaintiff respectively disputed the Defendant's account with Trans Union Corporation, Experian Information Solutions, Inc. and Equifax Credit Information Services, Inc. (Exhibits 3, 4 and 5). The dispute was received by Equifax on October 18, 1999, (Exhibit 6).

21. Both Trans Union and Experian deleted the Defendant's entry subsequent to the mandatory FCRA § 1681i reinvestigation. Equifax did not.

22. Plaintiff's October 25, 1999, Equifax report (Exhibit 7) reflects the "R9" rating equating to a "Charge Off" and/or "Bad Debt." As noted, no derogatory information should ever have been reported by the Defendant.

23. Plaintiff has received numerous credit denials as a result of the Defendant's reporting. The Defendant's reporting has also resulted in greatly increased interest rates incurred by Plaintiff.

24. The exhibits reflect that the account ascribed to Defendant was "reverified" as "correct." There is no evidence that Defendant took the necessary steps to obtain the pertinent documents, which would enable it to evaluate Plaintiff's contentions. Cushman v. Trans Union Corp., 115 F.3d 220, 222 (3rd Cir. 1997).

25. Defendant failed to investigate Plaintiff's dispute in accordance with FCRA § 1681i. A furnisher of information cannot simply re-verify. ". . . In a reinvestigation of the accuracy of credit reports, a [furnisher of information] must bear some responsibility for evaluating the accuracy of information

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102
(702) 870-8700

4

obtained . . . ." <u>Stevenson v. TRW, INC.</u>, 987 F.2d 288, 293 (5th Cir. 1993).

26. The aforementioned constitutes <u>per se</u> violations of FCRA § 1681i which requires that Defendant follow reasonable procedures to assure the maximum possible accuracy of the information contained in Plaintiff's credit profiles. <u>Guimond v. Trans Union Information Co.</u>, 45 F.3d 1329, 1333-34 (9th Cir. 1995).

27. Defendant could have verified the inaccuracy of Plaintiff's derogatory credit entry simply by producing the relevant documentation. Defendant's failure to properly verify relative to this "point of correspondence" constituted a further violation of FCRA § 1681i. <u>Thompson v. San Antonio Retail Merchants Ass'n</u>, 682 F.2d 509, 513 (5th Cir. 1982).

STATEMENT OF CLAIM AS AGAINST DEFENDANT

28. In the entire course of its action, Defendant willfully and/or negligently violated the provisions of the FCRA in the following respects:

    a. By willfully and/or negligently failing to comport with FCRA § 1681s-2(b).

PRAYER FOR RELIEF

THEREFORE, Plaintiff prays that the court grant the following relief as against Defendant:

    a) actual damages;

    b) punitive damages;

. . .

. . .

5

c)  attorney's fees; and

d)  costs.

Respectfully submitted,

*[signature]*

MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Boulevard
Suite 95
Las Vegas, NV  89102
Attorney for Plaintiff

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102

(702) 870-8700

6

**EXHIBITS**

July 8, 1999

Bank One
Collections Department
P.O. Box 182158
Columbus, Oh 43218-2158

Re: Acct. # 443-065-131-243/
    42668397717991 62

Name on account: Thomas E. Dome & Deborah Moore

On August 24, 1998, I received a letter (enclosed) showing my debt to Bank One paid in full. This was paid to Commercial Financial Services, Inc. As of this date my credit history still reflects that this was charge off account, unpaid balance reported as a loss by credit grantor. Please update this record to show paid in full. I have enclosed a copy of the credit report for your review.

Sincerely,

*Deborah Moore*
Deborah Moore

EXHIBIT 1

# LENDER'S Credit

An affiliate of **INFO**

| REGIONAL OFFICE: | LENDER S CREDIT<br>20929 VENTURA BLVD.<br>WOODLAND HILLS, CA  91364<br>(818)226-3700    FAX: (818)587-9587 | | |
|---|---|---|---|
| FOR: | ~~[redacted]~~ | INFILE EFX/TRW/TU | 15.00 |
| | | TOTAL | 15.00 |
| 5715 | | | PAGE 5 OF 8 |

| Report No. | Date Ordered | Requested By | Loan # | Prepared By | Date Completed | Date Revised |
|---|---|---|---|---|---|---|
| 06-0292674 | 03/15/99 | NANCY | | | 03/15/99 | |
| Repositories | Infile Date | Property Address: | | | | |
| EFX/TU/TRW | 03/15/99 | | | | | |

**APPLICANT**: MOORE, MICHAEL R   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  AGE:46

**SPOUSE**: MOORE, DEBORAH   ~~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~~

### CREDIT HISTORY

| Whose | Creditor Name and Account Number | Date and Method of Reporting | Date Opened | Highest Credit or Limit | Balance Owing | Past Due Amount | Date of Last Payment | Terms | Months Reviewed | 30 | 60 | 90 | Credit Rating |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | WFNNB/LANE BRYANT 202069781333406 LATES PRIOR TO 03/97 REVOLVING CHARGE ACCOUNT | EFX-2/TRW-6 02/99* | 04/95 | 260 | 257 | 25 | 04/98 | $15 | 45 | 1 | 0 | 0 | R-2 |
| 1 | FIRST USA BANK ~~[redacted]~~ TRANSFERRED ACCOUNT CREDIT CARD CHARGE OFF AMOUNT 741 UNPAID BALANCE REPORTED AS A LOSS BY CREDIT GRANTOR | EFX-2/TRW-6 | 95 | 741 | 0 | 0 | 01/96 | $0 | - | - | - | - | R-9 |

*paid 3/22/99 called peg 8-5*
*collect 800 955 8030*

Z 384 726 992

**US Postal Service**
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail *(See reverse)*

| Sent to | |
|---|---|
| Bank on Collections Dept | |
| Street & Number | |
| PO Box 182158 | |
| Post Office, State, & ZIP Code | |
| Columbus, OH  43218-2158 | |
| Postage | $ .33 |
| Certified Fee | 1.40 |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | 1.25 |
| TOTAL Postage & Fees | $ 2.98 |
| Postmark or Date | |

PS Form 3800, April 1995

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
BK-1
Box 530804
ATL., GA 30353-0804

4a. Article Number
Z-384-726-992

4b. Service Type
☐ Registered   ☒ Certified
☐ Express Mail   ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery
JUL 2 0 1999

5. Received By: *(Print Name)*

6. Signature: *(Addressee or Agent)*
X   John South

8. Addressee's Address *(Only if requested and fee is paid)*

PS Form 3811, December 1994   Domestic Return Receipt

# COMMERCIAL FINANCIAL SERVICES, INC.
2448 EAST 81ST STREET, SUITE 5500, TULSA, OKLAHOMA 74137   (918) 524-5920   (800) 314-4754

August 24, 1998

Deborah Moore
4540 Crimson Leaf Drive
Las Vegas, NV  89130-5139

RE: Deborah Moore
ORIGINAL INSTITUTION:  First USA Bank/Bank One Dallas
CREDIT CARD NUMBER:  4266839771799162
CFS REFERENCE NUMBER:  3377625-98A

Dear Deborah Moore:

This letter is to acknowledge receipt of full and final settlement for the above-referenced account.

Please keep this for your records as you will receive no further documentation from this office regarding this matter. Should your check be returned for any reason from the bank as unpaid this letter will become null and void.

Please be advised this communication is from a debt collector. If you have any questions, please feel free to call.

Sincerely,

COMMERCIAL FINANCIAL SERVICES, INC.
Vicki Arnold
Correspondence Tech

vca

EXHIBIT 2

October 2, 1999

TransUnion Credit
Credit Bureau of Southern Nevada
P.O. Box 2060
Las Vegas, Nevada 89126


Please correct the following information on my credit report.

1.) Norwest Finc.  The debt was part of a Chapter 13 repayment plan and was paid in 1990. Almost ten years ago. I have enclosed a copy of the Bankruptcy papers showing the Norwest debt. The Bankruptcy was filled in 1990 and paid in full by June of 1993. If I remember correctly Norwest was paid outside of the bankruptcy.


2.) First USA BK.  Acct. #4443065131243. This is the original account number assigned by Bank One, (see attached copy of statement) the same debt is also being reported **under:** FUSA NA Acct. #426683977179, for the amount of $741.00.
    This is the number assigned by the Collection Company.  This debt was paid in full, August 7th 1998.

I have attached a copy of the letter from Commercial Financial Services, Inc., along with a copy of my bank statement showing the check clearing Clark County Credit Union and a copy of the canceled check.

Sincerely,

*Deborah Jean Cox-Moore*
Deborah Jean Cox-Moore

D.O.B. 02/03/62

SS# 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

4540 N. Crimson Leaf Dr.
Las Vegas, Nevada 89130

(702) 656-0970


EXHIBIT   3

October 2, 1999

Experian Credit
P.O. Box 2104
Allen, Texas 75013-2104

Please correct the following information on my credit report.

1.) Norwest Finc. The debt was part of a Chapter 13 repayment plan and was paid in 1990. Almost ten years ago. I have enclosed a copy of the Bankruptcy papers showing the Norwest debt. The Bankruptcy was filled in 1990 and paid in full by June of 1993. If I remember correctly Norwest was paid outside of the bankruptcy.

2.) First USA BK. Acct. #44430065131243, This is the original account number assigned by Bank One, (see attached copy of statement) the same debt is also being reported under: FUSA NA Acct. #426683977179, for the amount of $741.00.
This is the number assigned by the Collection Company. This debt was paid in full, August 7th 1998.

I have attached a copy of the letter from Commercial Financial Services, Inc., along with a copy of my bank statement showing the check clearing Clark County Credit Union and a copy of the canceled check.

Sincerely,

*Deborah Jean Cox-Moore*
Deborah Jean Cox-Moore

D.O.B. 02/03/62

SS# 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

4540 N. Crimson Leaf Dr.
Las Vegas, Nevada 89130

(702) 656-0970

EXHIBIT 4

October 2, 1999

Equifax Credit Reporting
P.O. Box 105873
Atlanta, GA 30348

Please correct the following information on my credit report.

1.) Norwest Finc. The debt was part of a Chapter 13 repayment plan and was paid in 1990. Almost ten years ago. I have enclosed a copy of the Bankruptcy papers showing the Norwest debt. The Bankruptcy was filled in 1990 and paid in full by June of 1993. If I remember correctly Norwest was paid outside of the bankruptcy.

2.) First USA BK. Acct. **#4443065131243**, This is the original account number assigned by Bank One, (see attached copy of statement) the same debt is also being reported **under:** FUSA-NA Acct. **#426683977179**, for the amount of $741.00.
   This is the number assigned by the Collection Company. This debt was paid in full, August 7th 1998.

I have attached a copy of the letter from Commercial Financial Services, Inc., along with a copy of my bank statement showing the check clearing Clark County Credit Union and a copy of the canceled check.

Sincerely,

Deborah Jean Cox-Moore

D.O.B. 02/03/62

SS# 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

4540 N. Crimson Leaf Dr.
Las Vegas, Nevada 89130

(702) 656-0970

EXHIBIT 5

```
                                           Z 160 098 887
                                    US Postal Service
                                    Receipt for Certified Mail
                                    No Insurance Coverage Provided.
                                    Do not use for International Mail (See reverse)
```

| | |
|---|---|
| Sent to | Equifax Credit |
| Street & Number | PSX 105873 |
| Post Office, State, & ZIP Code | Atlanta, GA 30348 |
| Postage | $1.55 |
| Certified Fee | 1.40 |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | $1.25 |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $3.20 |
| Postmark or Date | OCT 15 1999 |

PS Form 3800, April 1995

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
Equifax Credit
Reporting
PSX 105873
Atlanta, GA
30348

4a. Article Number
2160 098 087

4b. Service Type
☐ Registered   ☒ Certified
☐ Express Mail   ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery
OCT 18 1999

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X

PS Form 3811, December 1994          102595-98-B-0229   Domestic Return Receipt

EXHIBIT 6

EQUIFAX

Case 2:00-cv-01246-PMP-PAL    Document 1-397640    Filed 10/16/00    Page 16 of 16

Please address all future
correspondence to:
Equifax Credit Information Services
P. O. Box 105518
Atlanta, GA 30348
1(800) 882-0648

# CREDIT FILE - Confirmation Number: 929513485

When calling for assistance, please have a copy of this file for reference.

## Personal Identification Information

October 25, 1999

Deborah J Moore
4540 Crimson Leaf Dr
Las Vegas, NV 89130

Social Security #: 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
Date of Birth: February 3, 1962

Previous Address(es):
4574 Armel CT, Las Vegas, NV 89115
4025 Cloud Nine Ln, Las Vegas, NV 89115
Formerly Known As: Deborah J Dome; Deborah J Cox

Last Reported Employment: Bus MGR, Fellowship Christian Church
Previous Employment(s): Childrens Lung
Insurance Biller, Unlv Med Center

## Credit Account Information (For your security, the last 4 digits of your account number(s) have been replaced by *)

| Company Name | Account Number | Whose Acct | Date Opened | Months Reviewed | Date of Last Activity | High Credit | Terms | Balance | Past Due | Status | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Associates Financi PAID ACCOUNT/ZERO BALANCE | 02275550-103* | J | 01/98 | 3 | 04/98 | $929 | 77 | $0 | | I1 | 05/98 |
| Capital One Previous Payment History: 1 Time 30 days late Previous Status: 08/99 - R2 CREDIT CARD | 529107144347* | A | 11/97 | 15 | 09/99 | $353 | 10 | $65 | | R1 | 09/99 |
| Citibank/Sizes ACCOUNT TRANSFERRED OR SOLD CREDIT CARD | 6218010981* | A | 05/98 | 7 | 08/98 | $186 | 10 | $0 | | R1 | 01/99 |
| Clark County Credi UNSECURED | 5168* | J | 09/97 | 20 | 06/99 | $1000 | 30 | $436 | | I1 | 06/99 |
| Clark County Credi CREDIT CARD | 5168* | J | 09/98 | 8 | 06/99 | $1103 | 30 | $981 | | R1 | 06/99 |
| Clark County Credi UNSECURED | 5168* | J | 03/99 | 2 | 06/99 | $2000 | 100 | $1742 | | I1 | 06/99 |
| Clark County Credi PAID ACCOUNT/ZERO BALANCE UNSECURED | 5168* | J | 02/97 | 15 | 05/98 | $1308 | 95 | $0 | | I1 | 06/98 |
| Equicredit Corpora REAL ESTATE MORTGAGE | 653801001* | J | 08/98 | 11 | 09/99 | $20000 | 256 | $19525 | | I1 | 09/99 |
| Fashion Bug CHARGE | 600466017616* | A | 07/98 | 11 | 05/99 | $343 | 15 | $306 | | R1 | 07/99 |
| First Consumers Na ACCOUNT CLOSED BY CONSUMER CREDIT CARD | 542116910488* | J | 09/96 | 35 | 01/98 | $350 | | $0 | | R1 | 08/99 |
| First USA Na ACCOUNT TRANSFERRED OR SOLD CREDIT CARD | 426683977179* | I | 01/95 | | 01/96 | $741 | | $0 | | R9 | 10/98 |

(Continued on reverse)
Page 1 of 3

EXHIBIT 7

929513485-V15-000141133-1123